Jane Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Spencer Andrew Offman*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>SPENCER ANDREW OFFMAN,<br><br>            Defendant. | Case No. 1:24-cr-00066-TSC<br><br>***EXPEDITED* MOTION TO MODIFY CONDITIONS OF RELEASE** |

A period of excludable delay under 18 U.S.C. § 3161(h) will occur as a result of the filing this motion and should be excluded from the computation of the 70-day time limit for trial under 18 U.S.C. § 3161(h)(1)(D). The Speedy Trial Act calculation, as of the date of the filing of this motion, shows that the 70-day mark would fall on May 9, 2024,6 leaving 60 days remaining from this date before trial must begin pursuant to the Speedy Trial Act.

Defendant Spencer Andrew Offman, through counsel, Jane Imholte, Assistant Federal Defender, moves this Court for an order modifying his conditions of release. Mr. Offman is presently on pretrial release and resides outside the district. *See* Doc. 8. Undersigned respectfully requests expedited consideration so that this matter can be addressed at the hearing now set for tomorrow, March 12, 2024, at 2:00 p.m.

Undersigned counsel has contacted the government, through Assistant U.S. Attorney Jack Burkhead, regarding the requested modification; however, likely due to the time difference, no response was received prior to filing the instant motion.

Specifically, Mr. Offman seeks to remove condition 7(n) requiring him to submit to testing for a prohibited substance. *See* Doc. 8 at 2.

DATED at Anchorage, Alaska this 11th day of March, 2024.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane Imholte*
Jane Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 11, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane Imholte*