Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Spencer Andrew Offman*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SPENCER ANDREW OFFMAN,<br><br>    Defendant. | Case No. 1:24-cr-00066-TSC<br><br>**MOTION TO DELAY REMAND** |

Defendant Spencer Andrew Offman, through counsel, Jane M. Imholte, Assistant Federal Defender, moves this Court for a delayed remand date of November 17, 2024.

The Bureau of Prisons has given Mr. Offman a remand date of August 20, 2024. *See* Exhibit D-1, attached. While Mr. Offman has been with Kroeger for 15 years, he accrues vacation anew if he transfers to a new location with less than a year in the previous one. Because Mr. Offman transferred to Oregon in November 2023, he will not have vacation hours available until November 16, 2024. He has further been informed that he will be terminated if he is absent from his job for 30 days before he is eligible for vacation. In order to maintain his employment, Mr. Offman requests a delayed remand date of November 17, 2024.

DATED at Anchorage, Alaska this 24th day of July, 2024.

                                        Respectfully submitted,

                                        FEDERAL PUBLIC DEFENDER
                                        DISTRICT OF ALASKA

                                        */s/ Jane M. Imholte*
                                        Jane M. Imholte
                                        Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 29, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*